UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly Frisk, | No. 2:23-cv-00897-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Eden Housing Management, Inc., et al., | |
| Defendants. | |

The court has reviewed the objections at ECF No. 12. The minutes and Rule 16 scheduling order at ECF No. 11 are amended to make clear that plaintiff may file a motion for leave to amend the complaint and join additional defendants within twenty-one days of September 22, 2023. No further motions for leave to join parties or otherwise amend the pleadings will be permitted without leave of court, good cause having been shown. *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609–10 (9th Cir. 1992).

  IT IS SO ORDERED.

 DATED: October 12, 2023.

CHIEF UNITED STATES DISTRICT JUDGE