UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLY FRISK,<br><br>       Plaintiff,<br><br>    v.<br><br>EDEN HOUSING MANAGEMENT, INC.;<br>DOES I-X,<br><br>       Defendants. | Case No. 2:23-cv-00897-KJM-DB<br><br>**ORDER**<br><br>JUDGE:   HON. KIMBERLY J. MUELLER |

Finding good cause, the court hereby grants the parties' joint stipulation to submit a modified scheduling order extending the dates originally scheduled on September 22, 2023.  *See* FRCP 16 Order (Sept. 22, 2023), ECF No. 11.  The parties are directed to file the proposed order no later than fourteen (14) days after the court's decision on plaintiff's motion to amend becomes final.  *See* Mot., ECF No. 13.  IT IS SO ORDERED.

DATED: February 27, 2024.

                                                          CHIEF UNITED STATES DISTRICT JUDGE